UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTI COLEMAN ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| ) | 1:11-cv-11116 |
| CONTINENTAL SERVICE GROUP, INC. ) | |
| AKA CONSERVE ) | |
|     Defendants, ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff Kristi Coleman and Continental Service Group, Inc. AKA ConServe hereby stipulate to a voluntary dismissal of this action between them with prejudice and each of them to bear their own costs and attorney fees.

RESPECTFULLY SUBMITTED:

| KRISTI COLEMAN | CONTINENTAL SERVICE GROUP, INC. AKA CONSERVE |
|---|---|
| By her attorneys, | By its attorney, |
| /s/ Kevin V. K. Crick, Esq. | /s/ John J. O'Connor |
| Kevin J. Buckley | John J. O'Connor |
| BBO#674594 | BBO # 555251 |
| Kevin Crick | Peabody & Arnold, LLP |
| BBO # 680950 | Federal Reserve Plaza, |
| Consumer Rights Law Firm | 600 Atlantic Avenue |
| 2 Dundee Park, Suite 201 | Boston, MA 02210 |
| Andover, Massachusetts, 01810 | Tel. (617) 951-2077 |
| Phone: (978) 212-3300 | Fax. (617) 951-2125 |
| Fax: (888) 712-4458 | joconnor@peabodyarnold.com |
| Email: kevinc@consumerlawfirmcenter.com | |

Dated: January 12, 2012

1

**PROOF OF SERVICE**

We hereby certify that on January 12, 2012, a true copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.

/s/ Kevin J. Buckley, Jr. Esq.

/s/ John J. O'Connor, Esq.